# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | | |
|---|---|---|
| ERIC JAMES THOMPSON, | ) | Case No.: 5:20-cv-01295-JDE |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the parties' Stipulation (Dkt. 17), the above captioned matter is dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED: February 03, 2021

_____
JOHN D. EARLY
United States Magistrate Judge